■ In the Matter of JOCELYNE J. JEFFREY J. et al., Appellants; ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [778 NYS2d 393]—Appeal from an order of the Family Court, Oneida County (Bernadette T. Romano, J.), entered December 19, 2002. The order dismissed the petition for approval of a surrender instrument pursuant to Social Services Law § 383-c.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Jocelyne J.* (8 AD3d 978 [2004]). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.